# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SOLIS-TORRES,<br><br>Petitioner,<br><br>v.<br><br>FCI MENDOTA WARDEN,<br><br>Respondent. | Case No. 1:23-cv-00358-SAB (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST TO CORRECT CLERICAL ERROR<br><br>(ECF No. 8) |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Currently before the Court is Petitioner's request to correct a clerical error in the spelling of his name, filed May 8, 2023.  (ECF No. 8.)  Petitioner submits that his correct name is "Francisco Solis-Torres," not "Francisco Solia-Torres" as reflected on the docket in this case (Id.)  Based on Petitioner's submission, it is HEREBY ORDERED that the Clerk of Court is directed to correct the docket to reflect Petitioner's name as Francisco Solis-Torres.

IT IS SO ORDERED.

Dated:  **May 10, 2023**

UNITED STATES MAGISTRATE JUDGE

1